No. 398. HESSELBERG ET AL. *v.* AETNA LIFE INSURANCE Co. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. P. H. Cullen* and *Clem F. Storckman* for petitioners. No appearance for respondent.

No. 400. MAGNOLIA PETROLEUM Co. ET AL. *v.* WALKER, COMMISSIONER OF THE GENERAL LAND OFFICE. October 14, 1935. Petition for writ of certiorari to the Supreme Court of Texas denied. *Messrs. George E. Elliott* and *Walace Hawkins* for petitioners. *Mr. Scott Gaines* for respondent.

No. 406. JENELLO *v.* UNITED STATES. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. David A. Reed* and *J. Julius Levy* for petitioner. *Solicitor General Reed* and *Messrs. Thomas W. Lanigan* and *W. Marvin Smith* for the United States.

No. 408. DODSON ET AL. *v.* FEDERAL TRADE COMMISSION. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Joseph E. Davies, Raymond N. Beebe,* and *Adrien F. Busick* for petitioners. *Solicitor General Reed* and *Messrs. A. H. Feller, Carl McFarland,* and *W. T. Kelley* for respondent.

No. 421. RUBEN CONDENSER Co. ET AL. *v.* AEROVOX CORPORATION. October 14, 1935. Petition for writ of